`                                          IN THE UNITED STATES DISTRICT COURT
                                          FOR THE DISTRICT OF SOUTH CAROLINA


THOMAS GOLDSON, # 246145,              )                C.A. No. 3:05-189-TLW-JRM
                                       )
                Plaintiff,             )
                                       )
            vs.                        )                ORDER
                                       )
OFFICER BRACY; SGT. VON;               )
OFFICER TUCKER; SGT. PUGH;             )
OFFICER LEVEY; and                     )
OFFICER TRIPLET, JR.,                  )
                                       )
                Defendants.            )
_____)


        The *pro se* plaintiff, an inmate at the South Carolina Department of Corrections, seeks relief

under Title 42, United States Code, Section 1983. (Doc. # 1).  The defendants filed a motion for

summary judgment on May 2, 2005.  (Doc. # 14).  Pursuant to Roseboro v. Garrison, 528 F.2d 309

(4th Cir. 1975), the plaintiff was advised by Order filed May 27, 2005 that he had thirty-four (34)

days to file any material in opposition to the motion for summary judgement.  (Doc. # 17).  The

plaintiff filed a response to the respondents' motion for summary judgement on November 16, 2005

(Doc. # 27).  This matter is now before the Court upon the Magistrate Judge's recommendation that

the defendants' motion for summary judgment be granted.  No objections to the Report have been

filed.

        This Court is charged with conducting a de novo review of any portion of the Magistrate

Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in

whole or in part, the recommendations contained in that report.  28 U.S.C. § 636.  No objections

                                                  1

have been filed to the Report.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED**  that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 29),  and defendants' motion for summary judgment is **GRANTED** (Doc. # 14).

**IT IS SO ORDERED.**

S/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

March 20, 2006
Florence, South Carolina

2